JPME

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

07 OCT 15 AM 10: 54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Jose Luis ANGUIANO**<br>Defendant. | Magistrate Case No. '07 MJ 2454<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-<br>Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about **October 12, 2007**, within the Southern District of California, defendant(s) **Jose Luis ANGUIANO**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an aliens, namely, **Jose Joel CASILLAS-Sandoval and Evangelina RUIZ-Zavala** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15th DAY OF **OCTOBER 2007**.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Georgina Rios, declare under penalty of perjury the following to be true and correct:

The complainant states that **Jose Joel CASILLAS Sandoval and Evangelina RUIZ Zavala** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 12, 2007 at approximately 5:35 AM Jose Luis ANGUIANO (Defendant), was waiting in traffic lane #19 to make application for admission into the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a 1992 Chevy Cavalier. A U.S. Customs and Border Protection (CBP) K-9 Officer conducting roving operations approached defendant with his K-9 "Panther". The K-9 alerted to the vehicle. During pre-primary vehicle inspection, Defendant presented an I-551 Resident Alien Card bearing the name Florentino Zamora Cervantes as his entry document. A second CBP Officer assisted in taking custody of defendant and escorting him to secondary. A CBP Officer drove the vehicle to secondary for further processing.

In secondary, CBP Officers discovered two individuals concealed in the trunk of the vehicle. CBP Officers removed the two individuals from within the trunk of the vehicle and are now identified as Material Witnesses: **Jose Joel CASILLAS Sandoval (MW1) and Evangelina RUIZ Zavala (MW2).** Material Witnesses were determined to be citizens and natives of Mexico with no entitlements to enter, pass-through, or reside in the United States.

During a videotape proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted knowledge of the undocumented aliens being in the trunk of the vehicle he was driving. Defendant admitted he was smuggling the aliens into the United States to have his smuggling fee of $3,000 USD waived. Defendant admitted he has been apprehended on several occasions attempting to smuggle people into the United States. Defendant stated he was taking the vehicle to Palomar Street and Broadway where someone would meet him and take possession of the vehicle.

On separate videotape interviews, Material Witnesses declared they are citizens of Mexico who have no legal right to enter the United States. Material Witnesses stated they were going to California to seek employment and that they were going to pay $3000.00 USD each to be smuggled into the United States. Material Witnesses made arrangements with an unknown person in Tijuana to be smuggled into the United States.

EXECUTED ON THIS 12th DAY OF October, **2007** AT **1200.**

G. Rios

Georgina Rios / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **(1)** page, I find probable cause to believe that the defendant named therein committed the offense on **October 12, 2007** in violation of Title 8, United States Code, Section 1324.

W McCurine Jr.

MAGISTRATE JUDGE

10/13/07, 1017hrs

DATE / TIME