KNUT S. JOHNSON, ESQ. (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
1010 Second Avenue, Suite 1850
San Diego, CA 92101
(619) 232 7080 (phone)
(619) 232 7324 (fax)

Attorney for Defendant Jose Luis Anguiano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOSE LUIS ANGUIANO,<br>Defendant | Criminal Case Number: 07 cr 3008 DMS<br>**MOTION TO ENLARGE TIME TO FILE SENTENCING MEMORANDUM** |

**I.**
**MOTION**

Counsel for Mr. Anguiano has been in a state court trial for several weeks and was unable to timely finish the sentencing memo. Thus, he filed it today. Assistant U.S. Attorney Paul Starita has no objection to this late filling.

**II.**
**CONCLUSION**

For the foregoing reasons, Defendant Anguiano respectfully requests that this Court allow him to file his sentencing memorandum.

Dated: February 14, 2008 Respectfully submitted,

/S/ Knut S. Johnson
Knut S. Johnson
Attorney for JOSE LUIS ANGUIANO