KNUT S. JOHNSON, ESQ. (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
1010 Second Avenue, Suite 1850
San Diego, CA 92101
(619) 232 7080 (phone)
(619) 232 7324 (fax)

Attorney for Defendant Jose Luis Anguiano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOSE LUIS ANGUIANO,<br>Defendant | Criminal Case Number: 07 cr 3008 DMS<br>**ORDER GRANTING MOTION TO ENLARGE TIME TO FILE SENTENCING MEMORANDUM** |

GOOD CAUSE HAVING BEEN SHOWN, this Court grants the above-entitled motion. Thus, this Court orders that the Clerk shall file the defendants Sentencing Memorandum.

SO ORDERED.

Dated: 2-15-08

DANA M. SABRAW
U.S. District Court Judge